IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TYCO INTERNATIONAL LTD., TYCO ELECTRONICS CORPORATION, TYCO TELECOMMUNICATIONS LTD.,<br><br>Defendants. | Case No.:<br><br>**05  11605 RGS** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Global Marine Systems Limited hereby states that it is a wholly-owned subsidiary of Bridgehouse Marine Limited, an English privately-held company.

                                        Respectfully submitted,

                                        Plaintiff,

                                        By its attorneys,

                                        */s/ Mark S. Freeman*
                                        Eric J. Marandett (BBO #561730)
                                        Mark S. Freeman (BBO #636290)
                                        CHOATE, HALL & STEWART LLP
                                        Two International Place
                                        Boston, MA 02110
                                        (617) 248-5000

Dated: August 1, 2005

3965585v1