August 11, 2005

Eric J. Marandett
Choate, Hall & Stewart LLP
Two International Place,
Boston, MA 02110

Re: Global Marine Systems Limited, Pltf. vs. Tyco International LTD, et al., Dfts.
Case No. 05 11605RGS

Dear Sir/Madam:

After checking our records and the records of the State of MA, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Tyco International LTD.

Accordingly, we are returning the documents received from you.

Very truly yours,


Yvette Concepcion
Receptionist Tele Oper Sr

Log# 510452357

cc: United States District Court, Masaschusetts
John Joseph Moakley U.S. Courthouse,
1 Courthouse Way,
Ste. 2300,
Boston, MA 02210

cc: New York SOP Support

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

GLOBAL MARINE SYSTEMS LIMITED

**SUMMONS IN A CIVIL ACTION**

V.
TYCO INTERNATIONAL LTD
TYCO ELECTRONICS CORPORATION
TYCO TELECOMMUNICATIONS LTD

CASE NUMBER:

## 05 11605 RGS

TO: (Name and address of Defendant)

Tyco International LTD.

c/o CT Corporation Systems
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric J. Marandett
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

AUG 1 - 2005