IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION,<br>TYCO TELECOMMUNICATIONS (U.S.) INC.,<br>TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>Defendants. | Case No. 05-11605-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew R. McConville from the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as attorney for Defendants, Tyco Electronics Corporation, Tyco Telecommunications (U.S.) Inc., and Transoceanic Cable Ship Company, Inc., in the above captioned matter.

Respectfully Submitted,

/s/

Stephen R. Delinsky (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile  (617) 342-6899

DATED: September 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of September, 2005, I caused true and correct copies of the foregoing Notice of Appearance to be filed electronically and served via hand delivery upon:

> Eric J. Marandett, Esq.
> Daniel C. Winston, Esq.
> Mark S. Freeman, Esq.
> Stacy L. Blasberg, Esq.
> CHOATE, HALL & STEWART LLP
> Two International Place
> Boston, Massachusetts 02110
>
> *Attorneys for Plaintiff Global Marine Systems Limited*

_____
Andrew R. McConville