IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYCO ELECTRONICS CORPORATION, ) <br> TYCO TELECOMMUNICATIONS (U.S.) INC., ) <br> TRANSOCEANIC CABLE SHIP CO. INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-11605-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen R. Delinsky from the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as attorney for Defendants, Tyco Electronics Corporation, Tyco Telecommunications (U.S.) Inc., and Transoceanic Cable Ship Company, Inc., in the above captioned matter.

Respectfully Submitted,

*/s/ Stephen R. Delinsky*
Stephen R. Delinsky  (BBO #119120)
Andrew R. McConville (BBO #632804)
**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone:  (617) 342-6800
Facsimile   (617) 342-6899

DATED:  September 23, 2005

{K0310801.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of September, 2005, I caused true and correct copies of the foregoing Notice of Appearance to be filed electronically and served via hand delivery upon:

>Eric J. Marandett, Esq.
>Daniel C. Winston, Esq.
>Mark S. Freeman, Esq.
>Stacy L. Blasberg, Esq.
>CHOATE, HALL & STEWART LLP
>Two International Place
>Boston, Massachusetts 02110
>
>*Attorneys for Plaintiff Global Marine Systems Limited*

_____
Andrew R. McConville