IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBAL MARINE SYSTEMS, LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYCO ELECTRONICS CORPORATION, ) <br> TYCO TELECOMMUNICATIONS (U.S.) ) <br> INC., TRANSOCEANIC SHIP CO. INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-11605-RGS |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE
STATEMENTS OF DEFENDANTS TYCO ELECTRONICS
CORPORATION, TYCO TELECOMMUNICATIONS
(US) INC., AND TRANSOCEANIC CABLE SHIP COMPANY, INC.**

Pursuant to Local Rule 7.3, Defendant Tyco Electronics Corporation discloses that as of this date:

(1) its immediate parent corporation is Tyco International (PA), Inc., and its ultimate parent corporation is Tyco International Ltd.; and

(2) Tyco International Ltd. is the only publicly held company that is a parent of Tyco Electronics Corporation; Tyco International Ltd. indirectly owns 10% or more of Tyco Electronics Corporation.

Pursuant to Local Rule 7.3, Defendant Tyco Telecommunications (US) Inc. discloses that as of this date:

(1) its immediate parent corporation is TSSL Holding Corp., and its ultimate parent corporation is Tyco International Ltd.; and

(2) Tyco International Ltd. is the only publicly held company that is a parent of Tyco Telecommunications (US) Inc.; Tyco International Ltd. indirectly owns 10% or more of Tyco Telecommunications (US) Inc.

- 2 -

Pursuant to Local Rule 7.3, Defendant Transoceanic Cable Ship Company, Inc. discloses that as of this date:

(1)     its immediate parent corporation is Tyco Telecommunications (US) Inc., and its ultimate parent corporation is Tyco International Ltd.; and

(2)     Tyco International Ltd. is the only publicly held company that is a parent of Transoceanic Cable Ship Company, Inc.; Tyco International Ltd. indirectly owns 10% or more of Transoceanic Cable Ship Company, Inc.

Respectfully submitted,

_____
Stephen R. Delinsky (BBO # 119120)
Andrew R. McConville (BBO # 632804)
ECKERT SEAMANS CHERIN & MELLOTT LLC
One International Place
Boston, Massachusetts 02110
(617) 342-6800 (telephone)
(617) 342-6899 (fax)

*Attorneys for Defendants Tyco Electronics Corporation, Tyco Telecommunications (US) Inc., and Transoceanic Cable Ship Company, Inc.*

OF COUNSEL:
David C. Kiernan
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (fax)

Dated: September 23, 2005

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of September, 2005, I caused true and correct copies of the foregoing "Local Rule 7.3 Corporate Disclosure Statements of Defendants Tyco Electronics Corporation, Tyco Telecommunications (US) Inc., and Transoceanic Cable Ship Company, Inc." to be filed electronically and also served via hand-delivery upon:

> Eric J. Marandett, Esq.
> Daniel C. Winston, Esq.
> Mark S. Freeman, Esq.
> Stacy L. Blasberg, Esq.
> CHOATE, HALL & STEWART LLP
> Two International Place
> Boston, Massachusetts 02110
>
> *Attorneys for Plaintiff Global Marine Systems Limited*

_____
Andrew R. McConville