## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, )<br><br>Plaintiff, )<br><br>v. )<br><br>TYCO ELECTRONICS CORPORATION, )<br>TYCO TELECOMMUNICATIONS (U.S.) )<br>INC., TRANSOCEANIC SHIP CO. INC., )<br><br>Defendants. ) | Case No. 05-11605-RGS |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* AND LOCAL RULE 7.1 CERTIFICATION

The undersigned attorneys hereby move for the admission of John L. Cuddihy and David

C. Kiernan to appear on behalf of defendants Tyco Electronics Corporation, Tyco

Telecommunications (US) Inc., and Transoceanic Cable Ship Company, Inc., in this case.

Messrs. Cuddihy and Kiernan meet the requirements for admission to this Court under Local

Rule 83.5.3, as set forth in their certificates, which are submitted herewith.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that Mark S. Freeman, Esq., counsel

for plaintiff Global Marine Systems Limited, assented to this motion by telephone conference

with Mr. John L. Cuddihy on September 15, 2005.

Respectfully submitted,

Stephen R. Delinsky (BBO # 119120)
Andrew R. McConville (BBO # 632804)
ECKERT SEAMANS CHERIN & MELLOTT LLC
One International Place
Boston, Massachusetts 02110
(617) 342-6800 (telephone)
(617) 342-6899 (fax)

*Attorneys for Defendants Tyco Electronics
Corporation, Tyco Telecommunications (US) Inc.,
and Transoceanic Cable Ship Company, Inc.*

Dated:  September 23, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of September, 2005, I caused true and correct copies of the foregoing "Assented-to Motion for Admission *Pro Hac Vice* and Local Rule 7.1 Certification," with supporting certificates of John L. Cuddihy and David C. Kiernan, to be filed electronically and also served via hand-delivery upon:

> Eric J. Marandett, Esq.
> Daniel C. Winston, Esq.
> Mark S. Freeman, Esq.
> Stacy L. Blasberg, Esq.
> CHOATE, HALL & STEWART LLP
> Two International Place
> Boston, Massachusetts 02110
>
> *Attorneys for Plaintiff Global Marine Systems Limited*
>
> _____
> Andrew R. McConville