IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS, LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYCO ELECTRONICS CORPORATION, )<br>TYCO TELECOMMUNICATIONS (U.S.) )<br>INC., TRANSOCEANIC SHIP CO. INC., )<br>)<br>Defendants. )<br>) | Case No. 05-11605-RGS |

### CERTIFICATE OF DAVID C. KIERNAN
### PURSUANT TO LOCAL RULE 83.5.3

I, DAVID C. KIERNAN, declare and state as follows:

1. I am a partner in the firm of Williams & Connolly LLP, 725 Twelfth Street N.W., Washington, D.C. 20005, telephone number (202) 434-5000, and telecopy number (202) 434-5029. My electronic mail address is: dkiernan@wc.com. I am counsel for Defendants Tyco Electronics Corporation, Tyco Telecommunications (US) Inc., and Transoceanic Cable Ship Company, Inc. (collectively, "the Defendants"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of the Defendants in the above-captioned action.

2. I am a member of the Bars of the District of Columbia, Virginia and Maryland, the United States District Courts for the District of Columbia, the District of Maryland and the Eastern District of Virginia, and the United States Courts of Appeals for the District of Columbia Circuit and the Federal Circuit.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I designate Stephen R. Delinsky, Esq., and Andrew R. McConville, Esq., both of the law firm of Eckert Seamans Cherin & Mellott LLC, One International Place, Boston, Massachusetts 02110, telephone number (617) 342-6800, who are both members of the bar of this Court and who maintain their office in this District for the practice of law, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2005

David C. Kiernan