UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

GLOBAL MARINE SYSTEMS LIMITED          )
                                       )
                Plaintiff,             )
                                       )          Case No. 05-11605-RGS
                v.                     )
                                       )
TYCO ELECTRONICS CORPORATION,          )
TYCO TELECOMMUNICATIONS (U.S.) INC.,   )
TRANSOCEANIC CABLE SHIP CO. INC.,      )
                                       )
                Defendants.            )
                                       )
_____

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel C. Winston of Choate, Hall & Stewart, LLP as

counsel for plaintiff Global Marine Systems Limited in the above-captioned case.

/s/      Daniel C. Winston
Daniel C. Winston (BBO #562209)
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA  02110
Dated: October 3, 2005                    Tele: (617) 248-5000

3990067v1