UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TYCO ELECTRONICS CORPORATION, )<br>TYCO TELECOMMUNICATIONS (U.S.) INC., )<br>TRANSOCEANIC CABLE SHIP CO. INC., )<br>)<br>Defendants. )<br>) | Case No. 05-11605-RGS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Mark S. Freeman of Choate, Hall & Stewart, LLP as counsel for plaintiff Global Marine Systems Limited in the above-captioned case.

/s/      Mark S. Freeman
Mark S. Freeman (BBO #636290)
CHOATE, HALL & STEWART, LLP
Two International Place
Boston, MA  02110
Dated: October 3, 2005          Tele: (617) 248-5000

3990501v1