## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-11605-RGS |
| | ) | |
| TYCO ELECTRONICS CORPORATION, | ) | |
| TYCO TELECOMMUNICATIONS (U.S.) | ) | |
| INC., TRANSOCEANIC CABLE SHIP CO. INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATION OF DEFENDANTS TYCO ELECTRONICS CORPORATION, TYCO TELECOMMUNICATIONS (US) INC., AND TRANSOCEANIC CABLE SHIP COMPANY, INC. PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendants Tyco Electronics Corporation, Tyco Telecommunications (US), Inc., and Transoceanic Cable Ship Company, Inc. (collectively, "the Defendants") and their counsel state as follows:

1.    The Defendants have conferred with their counsel with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of the subject litigation.

2.    The Defendants have conferred with their counsel to consider the resolution of the subject litigation through the use of alternative dispute resolution programs such as those

outlined in Local Rule 16.4.

Respectfully submitted,

By: _Richard Suminski_          By: _____
     Richard J. Suminski                       MaryAnn Brereton
     General Counsel and Secretary        Assistant General Counsel
     Tyco Electronics Corporation          Tyco Telecommunications (US) Inc.
                                      (On behalf of Tyco Telecommunications

Dated:  November 3, 2005           (US) Inc. and Transoceanic Cable Ship
                                   Company, Inc.)

                             Dated:  November ____, 2005

By: _Stephen R. Delinsky_
     Stephen R. Delinsky (BBO # 119120)
     Andrew R. McConville (BBO # 632804)
     ECKERT SEAMANS
        CHERIN & MELLOTT LLC
     One International Place
     Boston, Massachusetts 02110
     (617) 342-6800 (telephone)
     (617) 342-6899 (fax)

     OF COUNSEL:
     David C. Kiernan
     John L. Cuddihy
     WILLIAMS & CONNOLLY LLP
     725 Twelfth Street, N.W.
     Washington, D.C. 20005
     (202) 434-5000 (telephone)
     (202) 434-5029 (fax)

     *Attorneys for Defendants Tyco Electronics*
     *Corporation, Tyco Telecommunications (US) Inc.*
     *and Transoceanic Cable Ship Company, Inc.*

Dated:  November 4, 2005

2

outlined in Local Rule 16.4.

Respectfully submitted,

By: _____          By: _____
    Richard J. Suminski                           MaryAnn Brereton
    General Counsel and Secretary                Assistant General Counsel
    Tyco Electronics Corporation                 Tyco Telecommunications (US) Inc.
                                                 (On behalf of Tyco Telecommunications
Dated: November ____, 2005                       (US) Inc. and Transoceanic Cable Ship
                                                 Company, Inc.)

                                            Dated: November 3, 2005

By: _____
    Stephen R. Delinsky (BBO # 119120)
    Andrew R. McConville (BBO # 632804)
    ECKERT SEAMANS
      CHERIN & MELLOTT LLC
    One International Place
    Boston, Massachusetts 02110
    (617) 342-6800 (telephone)
    (617) 342-6899 (fax)

    OF COUNSEL:
    David C. Kiernan
    John L. Cuddihy
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000 (telephone)
    (202) 434-5029 (fax)

    *Attorneys for Defendants Tyco Electronics*
    *Corporation, Tyco Telecommunications (US) Inc.*
    *and Transoceanic Cable Ship Company, Inc.*

Dated: November 4, 2005

2