AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

GLOBAL MARINE SYSTEMS LIMITED,

V.

TYCO ELECTRONICS CORPORATION,
TYCO TELECOMMUNICATIONS (U.S.) INC.,
TRANSOCEANIC CABLE SHIP CO. INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:   05-11605-RGS

TO: (Name and address of Defendant)

Tyco Telecommunications (U.S.) Inc.
c/o John L. Cuddihy, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Freeman, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

9-26-05
DATE

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On September 16, 2005, a copy of the Amended Complaint was sent to John L. Cuddihy, Williams & Connolly LLP, 725 Twelfth St. NW, Washington, D.C. 20005, counsel for Tyco Telecommunications (U.S.) Inc., who agreed to accept service on behalf of Tyco Telecommunicatons (U.S.) Inc. in this manner.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/26/05
            Date                             *Signature of Server*

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.