IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 18 A 9: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

GLOBAL MARINE SYSTEMS LIMITED,

    Plaintiff,

v.

TYCO ELECTRONICS CORPORATION,
TYCO TELECOMMUNICATIONS (U.S.)
INC., TRANSOCEANIC CABLE SHIP CO.
INC.,

    Defendants.

Case No.: 05-11605 RGS

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff Global Marine Systems Limited certifies that it has conferred with counsel:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Dr. Phil Hart
Director of Research & Engineering
Global Marine Systems Limited
New Saxon House
1 Winsford Way
Boreham Interchange
Chelmsford
Essex CM2 5PD
England

Dated: 11/17/05

4011759v1

_____
Daniel C. Winston (BBO #562209)
Mark S. Freeman (BBO #636290)
Stacy L. Blasberg (BBO #657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON — EMAIL & MAIL
DATE 11/18/05 SIGNATURE _____