IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION,<br>TYCO TELECOMMUNICATIONS (U.S.) INC.,<br>TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>Defendants. | Case No. 05-11605-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Erik J. Frick from the law firm of ECKERT SEAMANS CHERIN & MELLOTT, LLC as attorney for Defendants, Tyco Electronics Corporation, Tyco Telecommunications (U.S.) Inc., and Transoceanic Cable Ship Company, Inc., in the above captioned matter.

Respectfully Submitted,

*[signature]*

Stephen R. Delinsky (BBO #119120)
Erik J. Frick (BBO #553336)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: (617) 342-6800
Facsimile   (617) 342-6899

DATED: December 6, 2005

{K0315046.1}

## CERTIFICATE OF SERVICE

I, Erick J. Frick, hereby certify that, on the 6th day of December, 2005, I caused true and correct copies of the foregoing Notice of Appearance to be served by first class mail postage prepaid upon all Counsel of Record as follows:

>Eric J. Marandett, Esq.
>Daniel C. Winston, Esq.
>Mark S. Freeman, Esq.
>Stacy L. Blasberg, Esq.
>CHOATE, HALL & STEWART LLP
>Two International Place
>Boston, Massachusetts 02110

_____
Erik J. Frick