IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br>                    Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION,<br>TYCO TELECOMMUNICATIONS (U.S.), INC.,<br>TRANSOCEANIC CABLE SHIP CO., INC.,<br>                    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 05-11605-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Andrew R. McConville, Esquire as counsel for Tyco Electronics Corporation, Tyco Telecommunications (U.S.), Inc., and Transoceanic Cable Ship Company, Inc. in the above-captioned matter. Attorneys Erik J. Frick and Stephen R. Delinsky of this firm continue to represent the Defendants.

Respectfully submitted,

Andrew R. McConville (BBO #632804)
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110-2600
Telephone: 617.342.6800
Facsimile: 617.342.6899

DATED: December 12, 2005

{K0315377.1}

## CERTIFICATE OF SERVICE

I, Erik J. Frick, on behalf of the Defendant, Tyco Electronics Corporation,, Tyco Telecommunications (U.S.), Inc. and Transoceanic Cable Ship Company, Inc., hereby certify that on this 12th day of December, 2005, I have caused a copy of Defendant's Notice of Withdrawal of Appearance to be served upon all Counsel of Record by electronic mail and to those not receiving electronic mail by first class mail postage prepaid.

Erik J. Frick

{K0315377.1}