IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, TYCO TELECOMMUNICATIONS (U.S.) INC., TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>        Defendants. | Case No.: 05-11605 RGS |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT TYCO ELECTRONICS CORPORATION

It is hereby stipulated by and among the parties that Defendant Tyco Electronics Corporation shall be dismissed without prejudice from this action.

Respectfully submitted,

GLOBAL MARINE SYSTEMS LIMITED,

By its attorneys,

/s/ Mark S. Freeman
Daniel C. Winston (BBO #562209)
Mark S. Freeman (BBO #636290)
Stacy L. Blasberg (BBO #657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Respectfully submitted,

TYCO ELECTRONICS CORP., TYCO TELECOMMUNICATIONS (US), INC., and TRANSOCEANIC CABLE SHIP COMPANY, INC.,

By their attorneys,

/s/ John L. Cuddihy (MSF)
Stephen R. Delinsky (BBO # 119120)
Erik J. Frick (BBO # 553336)
ECKERT SEAMANS CHERIN
    & MELLOTT LLC
One International Place
Boston, Massachusetts 02110
(617) 342-6800 (telephone)
(617) 342-6899 (fax)

4061946v1

                                        David C. Kiernan (admitted *pro hac vice*)
                                        John L. Cuddihy (admitted *pro hac vice*)
                                        WILLIAMS & CONNOLLY LLP
                                        725 Twelfth Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 434-5000 (telephone)
                                        (202) 434-5029 (fax)

Dated: March 23, 2006

Certificate of Service

     I hereby certify that this document filed through the ECT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

                                                    /s/ Mark S. Freeman

4061946v1