IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TYCO TELECOMMUNICATIONS (U.S.) INC., TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>Defendants. | Case No.: 05-11605 RGS |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT

The plaintiff Global Marine Systems Limited ("Global Marine") moves for partial summary judgment of infringement. Armored Millennia Joints made, used, sold and offered for sale by defendants Tyco Telecommunications (U.S.) Inc. and Transoceanic Cable Ship Co. Inc. (collectively, "Tyco") infringe claims 1, 2, 4, 5, 7, 8, 10, 11, 12, 22 and 23 of Global Marine's U.S. Patent No. 4,912,815 ("the '815 patent").

The grounds for this motion are more fully set forth in Plaintiff's Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement, Statement of Undisputed Facts, Declaration of Malcolm Marten, and Declaration of Mark S. Freeman filed herewith.

**WHEREFORE**, Global Marine respectfully requests that the Court determine that Tyco's armored Millennia Joints infringe claims 1, 2, 4, 5, 7, 8, 10, 11, 12, 22 and 23 of the '815 patent and, therefore, enter partial summary judgment of infringement in favor of Global Marine.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(D), Plaintiff respectfully requests oral argument on this Motion.

Respectfully submitted,

GLOBAL MARINE SYSTEMS LIMITED,
By its attorneys,

/s/ Mark S. Freeman
Eric J. Marandett (BBO #561730)
Daniel C. Winston (BBO #562209)
Mark S. Freeman (BBO #636290)
Stacy L. Blasberg (BBO #657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000

Dated: July 26, 2006

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendants in a good faith effort to resolve or narrow the issues of this Motion. Counsel for Defendants informed counsel for Plaintiff that the Defendants oppose this Motion.

/s/ Mark S. Freeman
Mark S. Freeman

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2006.

/s/ Mark S. Freeman
Mark S. Freeman

4104441v1