IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>TYCO TELECOMMUNICATIONS (U.S.) INC., TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>    Defendants. | Case No.:  05-11605 RGS |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Global Marine Systems Limited ("Global Marine") and defendants Tyco Telecommunications (U.S.) Inc. and Transoceanic Cable Ship Co. Inc. ("Tyco") (collectively, the "Parties") hereby move, pursuant to Local Rule 16.1(G), to modify the Scheduling Order issued by the Court on March 21, 2006 (the "Original Scheduling Order"). Grounds for this joint motion are as follows:

1.    The Parties have been endeavoring to meet the deadlines imposed by the Original Scheduling Order. Recently, the Parties have begun to pursue settlement talks.

2. To accommodate these settlement discussions without accruing additional cost contemporaneously, the Parties jointly propose extending the various deadlines in the existing case schedule by approximately 60 days as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Opening Markman Briefs | August 25, 2006 | October 20, 2006 |
| Rebuttal Markman Briefs | September 22, 2006 | November 17, 2006 |
| Fact Discovery Completed | October 20, 2006 | December 15, 2006 |
| Service of Initial Expert Reports | November 17, 2006 | January 12, 2007 |
| Service of Rebuttal Expert Reports | January 12, 2007 | March 9, 2007 |
| Expert Discovery Completed | February 16, 2007 | April 13, 2007 |
| Dispositive Motions Filed | March 16, 2007 | May 11, 2007 |

WHEREFORE, the parties jointly and respectfully request that the Court grant this Joint Motion to Modify the Scheduling Order for the reasons stated above.

| | |
|---|---|
| TYCO TELECOMMUNICATIONS (U.S.) INC., TRANSOCEANIC CABLE SHIP CO. INC., | GLOBAL MARINE SYSTEMS LIMITED, |
| By their attorneys, | By its attorneys, |
| /s/ *Erik J. Frick* <br> Stephen R. Delinsky (BBO # 119120) <br> Erik J. Frick (BBO # 553336) <br> ECKERT SEAMANS CHERIN <br>   & MELLOTT LLC <br> One International Place <br> Boston, Massachusetts 02110 <br> (617) 342-6800 (telephone) <br> (617) 342-6899 (fax) | /s/ *Mark S. Freeman* <br> Eric J. Marandett (BBO #561730) <br> Daniel C. Winston (BBO #562209) <br> Mark S. Freeman (BBO #636290) <br> Stacy L. Blasberg (BBO No. 657420) <br> CHOATE, HALL & STEWART LLP <br> Two International Place <br> Boston, MA 02110 <br> Tele: (617) 248-5000 |
| David C. Kiernan (admitted *pro hac vice*) <br> John L. Cuddihy (admitted *pro hac vice*) <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street, N.W. <br> Washington, D.C. 20005 <br> (202) 434-5000 (telephone) <br> (202) 434-5029 (fax) | |

Date:  August 9, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on August 9, 2006.

                              /s/ Stacy Blasberg
                              Stacy L. Blasberg

4111457v1