IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYCO TELECOMMUNICATIONS (US) INC. ) <br> and TRANSOCEANIC CABLE SHIP CO. INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-11605-RGS |

**DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT
OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company Inc. (together, "Defendants"), by and through undersigned counsel, hereby move for an enlargement of time for Defendants to file a responsive pleading to Plaintiff Global Marine Systems Limited's ("Plaintiff") Motion for Partial Summary Judgment of Infringement (Docket No. 30) ("Plaintiff's Motion"), from August 9, 2006, until and through August 25, 2006. Counsel for Plaintiff has assented to the relief sought in this motion. In support of this assented-to motion, Defendants state as follows:

1. This is Defendants' first motion for an enlargement of time in this action.

2. Plaintiff filed its Motion on July 26, 2006. Under Local Civil Rule 7.1(b)(2), Defendants' responsive pleading to Plaintiff's Motion would be due to be filed today (August 9, 2006).

3. On August 3, 2006, counsel for Defendants and counsel for Plaintiff agreed to enlarge Defendants' time to file a responsive pleading to Plaintiff's Motion. On August 7, 2006,

counsel for Defendants and counsel for Plaintiff further agreed to enlarge Defendants' time to file that responsive pleading until and through Friday, August 25, 2006.

4.  This assented-to motion is made in good faith and not for the purpose of delay, and this enlargement of time will not affect any other deadline in this action.

WHEREFORE, Defendants respectfully request this Court to grant an enlargement of time until and through Friday, August 25, 2006, for Defendants to file a responsive pleading to Plaintiff's Motion.

### Certification Pursuant to Local Civil Rule 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Local Civil Rules of this Court, undersigned counsel states that John L. Cuddihy conferred with counsel for Plaintiff on August 3 and 7, 2006, regarding the relief sought in this motion. Counsel for Plaintiff assented to the requested relief.

Dated: August 9, 2006

Respectfully submitted,

TYCO TELECOMMUNICATIONS (US) INC.
and TRANSOCEANIC CABLE SHIP COMPANY, INC.,

By their attorneys,

_____
Stephen R. Delinsky (BBO # 119120)
Erik J. Frick (BBO # 553336)
ECKERT SEAMANS CHERIN & MELLOTT LLC
One International Place
Boston, Massachusetts 02110
(617) 342-6800 (telephone)
(617) 342-6899 (fax)

David C. Kiernan (admitted *pro hac vice*)
John L. Cuddihy (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (fax)

      I, Erik J. Frick, hereby certify that a true copy of the above document, with attachments, was served upon the attorneys of record for plaintiff Global Marine Systems Limited (Messrs. Marandett, Winston, Freeman, and Ms. Blasberg) via the Court's ECF system and first-class mail, postage-prepaid, on August 9, 2006.

                                              _____
                                                 Erik J. Frick

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>TYCO TELECOMMUNICATIONS (US) INC.<br>and TRANSOCEANIC CABLE SHIP CO. INC.,<br><br>Defendants. | Case No. 05-11605-RGS |

**ORDER GRANTING DEFENDANTS' ASSENTED-TO
MOTION FOR ENLARGEMENT OF TIME TO FILE
A RESPONSIVE PLEADING TO PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

This matter is before the Court upon the Assented-To Motion of Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc. (together, "Defendants") for an enlargement of time to file a responsive pleading to the motion for partial summary judgment of infringement filed by Plaintiff Global Marine Systems Limited on July 26, 2006 ("Plaintiff's Motion").

It is hereby **ORDERED AND ADJUDGED** that Defendants' Assented-to Motion be and hereby is **GRANTED**; and

It is **FURTHER ORDERED** that Defendants shall file a responsive pleading to Plaintiff's Motion on or before Friday, August 25, 2006.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Richard G. Stearns
United States District Judge