IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYCO TELECOMMUNICATIONS (US) INC. ) <br> and TRANSOCEANIC CABLE SHIP CO. INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-11605-RGS |

## JOINT MOTION FOR STAY OF ACTION PENDING SETTLEMENT

Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc. (together, "Defendants") and Plaintiff Global Marine Systems Limited ("Plaintiff"), by and through undersigned counsel, hereby inform the Court that they have reached a settlement in principle of this action, and are in the process of drafting settlement papers for execution.

In light of these developments, the parties hereby jointly move to stay all proceedings in this case pending the drafting and execution of settlement papers. The parties further propose that they shall advise the Court no later than Friday, October 27, 2006, as to the status of the settlement. A proposed Order is attached.

Respectfully submitted,

| /s/ Eric J. Frick | /s/ Eric J. Marandett |
|---|---|
| Stephen R. Delinsky (BBO # 119120) | Eric J. Marandett (BBO #561730) |
| Erik J. Frick (BBO # 553336) | Daniel C. Winston (BBO #562209) |
| ECKERT SEAMANS CHERIN | Mark S. Freeman (BBO #636290) |
| & MELLOTT LLC | Stacy L. Blasberg (BBO #657420) |
| One International Place | CHOATE, HALL & STEWART LLP |
| Boston, Massachusetts 02110 | Two International Place |
| (617) 342-6800 (telephone) | Boston, Massachusetts 02110 |
| (617) 342-6899 (fax) | (617) 248-5000 (telephone) |

David C. Kiernan (admitted *pro hac vice*)
John L. Cuddihy (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (fax)

*Attorneys for Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc.*

Dated:  October 6, 2006

(617) 248-4000 (fax)

*Attorneys for Plaintiff Global Marine Systems Limited*

Dated:  October 6, 2006

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 10/6/06
By: [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> TYCO TELECOMMUNICATIONS (US) INC. and TRANSOCEANIC CABLE SHIP CO. INC., <br><br> Defendants. | Case No. 05-11605-RGS |

**ORDER GRANTING JOINT MOTION
FOR STAY OF ACTION PENDING SETTLEMENT**

This matter is before the Court upon the Joint Motion of Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc., ("Defendants") and Plaintiff Global Marine Systems Limited ("Plaintiff") for an order staying all proceedings in this case pending the drafting and execution of settlement papers.

It is hereby **ORDERED** that the Joint Motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall advise the Court no later than Friday, October 27, 2006, as to the status of the settlement.

**DONE AND ORDERED** on this _____ day of _____, 2006.

_____
The Honorable Richard G. Stearns
United States District Judge

Copies to:

Stephen R. Delinsky
Erik J. Frick
ECKERT SEAMANS CHERIN & MELLOTT LLC
One International Place
Boston, Massachusetts 02110

David C. Kiernan
John L. Cuddihy
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Eric J. Marandett
Daniel C. Winston
Mark S. Freeman
Stacy L. Blasberg
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110