**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, )<br><br>Plaintiff, )<br><br>v. )<br><br>TYCO TELECOMMUNICATIONS (US) INC. )<br>and TRANSOCEANIC CABLE SHIP CO. INC., )<br><br>Defendants. ) | Case No. 05-11605-RGS |

## SECOND JOINT REPORT REGARDING STATUS OF SETTLEMENT

In their October 27, 2006, Joint Report Regarding Status of Settlement (Docket No. 43), the parties proposed to advise the Court by today (November 10, 2006), as to the current status of their settlement. The parties hereby inform the Court that they have exchanged several drafts of settlement papers, and anticipate that they will finalize and execute those settlement papers within the next two to three weeks (*i.e.*, by Friday, December 1, 2006). The parties further propose to advise the Court by Friday, December 1, 2006, as to the status of the settlement.

Respectfully submitted,

Stephen R. Delinsky (BBO # 119120)
Erik J. Frick (BBO # 553336)
ECKERT SEAMANS CHERIN
 & MELLOTT LLC
One International Place
Boston, Massachusetts 02110
(617) 342-6800 (telephone)
(617) 342-6899 (fax)

David C. Kiernan (admitted *pro hac vice*)
John L. Cuddihy (admitted *pro hac vice*)

Eric J. Marandett (BBO #561730)
Daniel C. Winston (BBO #562209)
Mark S. Freeman (BBO #636290)
Stacy L. Blasberg (BBO #657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000 (telephone)
(617) 248-4000 (fax)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (telephone)
(202) 434-5029 (fax)

*Attorneys for Defendants Tyco*
*Telecommunications (US) Inc. and*
*Transoceanic Cable Ship Company, Inc.*

Dated:  November 10, 2006

*Attorneys for Plaintiff Global Marine Systems*
*Limited*

Dated:  November 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the
ECF system will be sent electronically to the registered
participants as identified on the Notice of Electronic Fil-
ing (NEF) and paper copies will be sent to those indi-
cated as non-registered participants on *November 10, 2006*

By: _____