IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL MARINE SYSTEMS LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TYCO TELECOMMUNICATIONS (US) INC. ) <br> and TRANSOCEANIC CABLE SHIP CO. INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 05-11605-RGS |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Having settled their disputes as to all issues in the above-captioned action in the form of a confidential Settlement and License Agreement, plaintiff Global Marine Systems Limited ("Plaintiff") and Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc. (together, "Defendants"), by and through undersigned counsel, hereby consent and stipulate as follows:

1. Plaintiff and Defendants hereby stipulate to the dismissal with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, of this action;

2. Each party is to bear its own attorneys' fees and costs incurred in this action; and

3. Subject to the approval of this Court, Plaintiff and Defendants further stipulate and agree that the United States District Court for the District of Massachusetts shall retain exclusive jurisdiction over the enforcement and interpretation of the Settlement and License Agreement.



4150273v1

Respectfully submitted,

| | |
|---|---|
| /s/ John L. Cuddihy<br>Stephen R. Delinsky (BBO # 119120)<br>Erik J. Frick (BBO # 553336)<br>ECKERT SEAMANS CHERIN<br>  & MELLOTT LLC<br>One International Place<br>Boston, Massachusetts 02110<br>(617) 342-6800 (telephone)<br>(617) 342-6899 (fax)<br><br>David C. Kiernan (admitted *pro hac vice*)<br>John L. Cuddihy (admitted *pro hac vice*)<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000 (telephone)<br>(202) 434-5029 (fax)<br><br>*Attorneys for Defendants Tyco Telecommunications (US) Inc. and Transoceanic Cable Ship Company, Inc.*<br><br>Dated: December 1, 2006 | /s/ Mark S. Freeman<br>Eric J. Marandett (BBO #561730)<br>Daniel C. Winston (BBO #562209)<br>Mark S. Freeman (BBO #636290)<br>Stacy L. Blasberg (BBO #657420)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, Massachusetts 02110<br>(617) 248-5000 (telephone)<br>(617) 248-4000 (fax)<br><br>*Attorneys for Plaintiff Global Marine Systems Limited*<br><br>Dated: December 1, 2006 |

IT IS SO ORDERED:

__12-7-06.__
Date

/s/ Richard G. Stearns
The Honorable Richard G. Stearns
United States District Judge